UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY GEORGE WOODS, <br> Plaintiff <br><br> v. <br><br> SUPERINTENDENT LAUREL HARRY, *et. al.*, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 4:21-CV-1052 <br><br><br> (ARBUCKLE, M.J.) |

ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) Defendants James Barnacle, Mark Becker, Beth Evans, DSFM Michael Gourley, Superintendent Harry, Officer J. Kiner, Stacy Nolan, David Radziewicz, Lt. Troutman, Lt. Warner's Motion to Dismiss (Doc. 15) is DENIED.

Date: February 17, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge