UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY GEORGE WOODS,<br>Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 4:21-CV-1052 |
| v. | ) <br> ) <br> ) | (ARBUCKLE, M.J.) |
| SUPERINTENDENT LAUREL HARRY, *et. al.*,<br>Defendants | ) <br> ) <br> ) | |

**ORDER**

*(On Defendants' Motion to Partially Dismiss the Amended Complaint (Doc. 53))*

In accordance with the accompanying memorandum opinion, it is ORDERED that:

1. Defendants' Motion to Dismiss (Doc. 53) is GRANTED in part and DENIED in part.

2. Plaintiff's 42 U.S.C. § 1983 claims against Defendants in their official capacities are DISMISSED.

3. Plaintiff's 42 U.S.C. § 1983 Eighth Amendment failure to supervise claim is DISMISSED.

4. Plaintiff's 42 U.S.C. § 1983 Eighth Amendment medical care claim is DISMISSED.

5. Plaintiff's 42 U.S.C. § 1983 failure to investigate claim is DISMISSED.

6. Plaintiff's 42 U.S.C. § 1983 claims for violations of prison policy are DISMISSED.

7. Plaintiff's claims under the United Nations Resolutions are DISMISSED.

8. Defendants' Motion to Dismiss Plaintiff's 42 Pa. C.S. § 8309(a) claim is DENIED.

9. Defendants' Motion to Dismiss Plaintiff's Intentional Infliction of Emotional Distress claim is DENIED.

10. Defendants Harry, Gourley, Becker, Troutman, Nolan, Radziewicz, Barnacle and Evans are DISMISSED as parties from this case.

11. The Clerk of Court is directed to TERMINATE Defendants Harry, Gourley, Becker, Troutman, Nolan, Radziewicz, Barnacle and Evans from this case.

Date: December 7, 2023                     BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge