UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY GEORGE WOODS,<br>　　　　Plaintiff | )<br>)<br>) | CIVIL NO. 4:21-CV-1052-WIA |
| v. | )<br>)<br>) | (ARBUCKLE, M.J.) |
| SUPERINTENDENT LAUREL<br>HARRY, *et. al.*,<br>　　　　Defendants | )<br>)<br>) | |

### ORDER ON MOTIONS
*(Rule 58)*

(1) Plaintiff's Oral Motion to Produce Additional Witnesses made during the trial is DENIED.

(2) Defendant's Rule 50 Oral Motion made at the conclusion of Plaintiff's case in chief is DENIED.

(3) Damages awarded in Judgment to follow this Order.

Date: February 28, 2025　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge