AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Barry George Woods<br>*Plaintiff*<br>v.<br>Superintendent Harry, et al.<br>*Defendant* | Civil Action No. 4:21-CV-01052 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Final judgment is entered in favor of Plaintiff and against Defendants as follows: Plaintiff is awarded Nominal Damages against Iagovino under § 1983 for the assault in the vestibule in the amount of one ($1.00) dollar. Plaintiff is awarded Nominal Damages under § 1983 against Defendant Kiner for the denial of meals in the amount of seven ($7.00) dollars. Plaintiff is awarded Nominal Damages under § 1983 against Defendant Zimmerman for the denial of meals in the amount of two ($2.00) dollars. Plaintiff is awarded compensatory damages for the torts of assault and battery committed in the vestibule by Defendant Iagovino in the amount three hundred ($300) dollars. Plaintiff is awarded Punitive Damages against Defendant Iagovino under both § 1983 and Pennsylvania tort law in the amount of fifteen thousand ($15,000) dollars.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Arbuckle without a jury and the above decision was reached. Pursuant to Memorandum Opinion and Order dated 2/28/2025 [Docs. 143, 144].

☐ decided by Judge _____ on a motion for _____

Date: 2/28/2025

CLERK OF COURT

Peter Welsh, Clerk of Court
By: *s/Christine A. Williamson*, Deputy Clerk
*Signature of Clerk or Deputy Clerk*