UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY WOODS,** | : | Civil No. 4:21-CV-1052 |
| Plaintiff, | : | |
| v. | : | |
| **SUP'T. HARRY, et al.,** | : | **(Magistrate Judge Carlson)** |
| Defendants. | : | |

## MEMORANDUM AND ORDER

THE BACKGROUND OF THIS CASE IS AS FOLLOWS:

We most assuredly do not write upon a blank slate in this case. Quite the contrary, this longstanding litigation—which involved an inmate's claims of Eighth Amendment and First Amendment retaliation violations, along with various state torts—was presided over by our colleague, Judge Arbuckle. At the conclusion of a non-jury trial, the Court issued an opinion and order finding in favor of the plaintiff on some claims and awarded $310.00 in compensatory damages, along with $15,000.00 in punitive damages. (Docs. 143-45).

The defendants then filed a multi-facetted motion for judgment as a matter of law in this case or, in the alternative, new trial, along with a supporting brief. (Docs. 149, 154). In the meanwhile, the presiding judge at trial retired and this post-trial motion was referred to the undersigned. The plaintiff has now responded to this post-

1

trial motion. In a highly commendable display of candor, plaintiff's counsel concedes that a new trial should be ordered here, stating:

> [I]t appears there are issues of both fact and law that still need to be resolved. Unfortunately, based upon the nature of the case and the lack of tone and other human factors inherently missing from a transcript of the proceedings, it is impossible for the current Court to assimilate the credibility determinations made by the prior Court based strictly on the record. As such, and despite an award and Opinion that benefits Plaintiff, Plaintiff conceded that a new trial is necessary to give this Court the opportunity to make those credibility determinations in the first instance in their entirety in order to resolve the myriad of outstanding factual and legal issues still at play.
>
> WHEREFORE, Plaintiff requests a new trial on all the merits of this matter.

(Doc. 163, at 11).

We agree and acknowledge with appreciation the position expressed by plaintiff's counsel who has placed fidelity to fairness above parochial considerations of tactical advantage.

Accordingly, given this concession by counsel, IT IS ORDERED that the motion for new trial, (Doc. 149), is GRANTED.

It is FURTHER ORDERED that, in light of our status as a recall magistrate judge, this case is REFERRED to Chief Magistrate Judge Bloom for reassignment to another active magistrate judge of this court for the purpose of conducting any further proceedings or trial.

SO ORDERED, this 17th day of September 2025.

                                              */s/ Martin C. Carlson*
                                              Martin C. Carlson
                                              United States Magistrate Judge